1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   L'OTTAVO RISTORANTE, DANIEL
10 HARVEY and SYLVIA HIE, on
   behalf of themselves and
11 all others similarly
   situated,
12
                                NO. CIV. S-09-1427 LKK/GGH
13          Plaintiffs,

14     v.
                                    O R D E R
15 INGOMAR PACKING COMPANY,
   LOS GATOS TOMATO PRODUCTS,
16 INTRAMARK USA, INC., and
   RANDALL LEE RAHAL,
17
18          Defendants.

19 _____/

20      Upon review of the complaint, it appears that this action

21 should have been commenced in the Fresno district of this court.

22 See Local Rule 3-130(d). Accordingly, this action is hereby

23 TRANSFERRED to this court's Fresno division. See Local Rule 3-

24 120(f). The Clerk is directed to take all necessary action to

25 transfer the case to the Fresno division. The scheduling conference

26 currently set for August 10, 2009 is VACATED.

                              1

1    IT IS SO ORDERED.

2    DATED:  May 28, 2009.

3

4

5                                LAWRENCE K. KARLTON
                                 SENIOR JUDGE
6                                UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26